# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT COVINGTON
### Civil Minutes – Settlement Conference

Covington Civil No. **15-85-ART-CJS**     at **COVINGTON**          **7/17/2015**

**Misty Gaskins v. West Chester Hospital, LLC, et al**

BEFORE: **HON. J. GREGORY WEHRMAN, MAGISTRATE JUDGE**

Joan Averdick, Court Reporter
No Courtroom Deputy


     A settlement conference was held on July 17, 2015 with Paul Schachter, attorney for plaintiff Gaskins; Karen A. Carroll, atttorney for defendants West Chester Hospital and UC Health, Inc. A partial settlement having been reached, accordingly;

     **IT IS ORDERED** that this file is returned to the chambers of Judge Amul R. Thapar.

| TIC | | 28 |
|---|---|---|