UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
*Electronically Filed*

MISTY GASKINS                                         CASE NO. 2:15-CV-00085

     **PLAINTIFF**                              JUDGE: AMUL R. THAPAR

v.

WEST CHESTER HOSPITAL, LLC, ET AL.

     **DEFENDANTS**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Misty Gaskins, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby give notice that they are voluntarily dismissing their claims against the Defendants Alphatec Spine, Inc., and Alphatec Holdings, Inc., without prejudice to their right to re-file said claims.

                                                                                         Respectfully submitted,

                                                                                       */s/ Paul J. Schachter*_____
                                                                                       Paul J. Schachter (61750)
                                                                                       Schachter, Hendy & Johnson, PSC
                                                                                       909 Wright's Summit Parkway, Suite 210
                                                                                       Ft. Wright, KY 41011
                                                                                       Phone:(859) 578-4444
                                                                                       Fax: (859) 578-4440
                                                                                       Email: pschachter@pschachter.com

                                                                                       **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

*/s/ Paul J. Schachter*_____
Paul J. Schachter (61750)