Eastern District of Kentucky
**FILED**

OCT 19 2015

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 15-85-ART-JGW

MISTY GASKINS                                             PLAINTIFF

V.

WEST CHESTER HOSPITAL, LLC
UC HEALTH, INC.
CENTER FOR ADVANCED SPINE TECHNOLOGIES, INC.
ABUBAKAR ATIQ DURRANI, MD.
ALPHATEC SPINE, INC.
ALPHATEC HOLDINGS, INC.
INNOVATIVE MEDICAL CONSULTANTS, LLC                       DEFENDANTS

## PARTIAL AGREED ORDER OF DISMISSAL

A settlement conference was held on July 17, 2015 before Magistrate Judge J. Gregory Wehrman with the following appearances: Paul Schachter and Robert Poole, attorneys for plaintiff Gaskins; Karen A. Carroll, attorney for defendants West Chester Hospital and UC Health, Inc. The parties have reached a settlement on the cases now pending against defendants West Chester Hospital and UC Health, Inc., and the claims against defendants Abubakar Aitq Durrani, M.D., Center for Advanced Spine Technologies, Alphatec Spine, Inc., Alphatec Holdings, Inc., and Innovative Medical Consultants, LLC remaining in this case, accordingly;

**IT IS ORDEREED AND ADJUDGED:**

1. The plaintiff's claims against defendants West Chester Hospital and UC Health, Inc. are dismissed with prejudice, each party to bear its own costs;

2. The claims against defendants Abubakar Aitq Durrani, M.D., Center for Advanced Spine Technologies, Inc., Alphatec Spine, Inc., and Alphatec Holdings, Inc., and



Innovative Medical Consultants, LLC are not affected by this entry and SHALL REMAIN.

This 19th day of October, 2015.

Signed By:
Amul R. Thapar AT
United States District Judge

AMUL R. THAPAR, JUDGE

HAVE SEEN AND APPROVED:

_____
PAUL J. SCHACHTER, Attorney for Plaintiff Gaskins

_____
ROBERT L. POOLE, Attorney for Plaintiff Gaskins

_____
KAREN A. CARROLL, Attorney for Defendants
West Chester Hospital and UC Health, Inc.

_____
Misty Gaskins, Plaintiff