UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| DANNY REECE, LORA PICONE, JEFF PICONE, ROBERT PRESSER, MARGIE PRESSER, DEBORAH KITTS, JAMES BREETZ, DONNA BREETZ, GREGORY GORDON, MISTY GASKINS, DELANA WHEATON, DOUGLAS GABBARD, and LANA GABBARD, <br><br> Plaintiffs, <br><br> v. <br><br> WEST CHESTER HOSPITAL, LLC, et al., <br><br> Defendants. | Civil No. 15-70-ART <br> Civil No. 15-71-ART <br> Civil No. 15-73-ART <br> Civil No. 15-75-ART <br> Civil No. 15-76-ART <br> Civil No. 15-84-ART <br> Civil No. 15-85-ART <br> Civil No. 15-92-ART <br> Civil No. 15-94-ART <br><br> **ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have notified the Court that they have reached a settlement of all claims in this case. Accordingly, it is **ORDERED** that:

(1) This case is discontinued with prejudice but without costs and **STRICKEN** from the Court's active docket. All pending motions are **DENIED AS MOOT**, and all scheduled hearings are **CANCELLED**.

(2) The Court retains jurisdiction over this case until **Monday, July 11, 2016**. *See Asher v. Unarco Material Handling, Inc.*, No. 06-548-ART, 2012 WL 3912761 (E.D. Ky. Sept. 7, 2012). After **Monday, July 11, 2016**, the Court will no longer have jurisdiction over the case.

(a) If the parties cannot consummate the settlement within sixty days, then any party may move **by Monday, July 11, 2016**, to restore the case to the Court's calendar.

(b) The Court will consider signing and filing in the record an agreed order of dismissal filed by the parties **so long as the agreed order is filed by Monday, July 11, 2016**, and meets with the Court's approval.

This the 11th day of May, 2016.

Signed By:
*Amul R. Thapar* AT
United States District Judge